UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEL M. BUFORD,<br><br>    Plaintiff,<br><br>v.<br><br>TARA RUSSELL, et al.,<br><br>    Defendants. | No. 2:23-cv-0804 AC P<br><br><br>ORDER |

Plaintiff, a county prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff has not filed a certified copy of their inmate trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2).

Accordingly, IT IS HEREBY ORDERED that, within thirty days from the service of this order, plaintiff shall submit a certified copy of their inmate trust account statement for the six-month period immediately preceding the filing of the complaint. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: May 5, 2023

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE