1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CARMEL M. BUFORD,                          No.  2:23-cv-0804 KJM AC P

12                  Plaintiff,

13        v.                                     ORDER

14   TARA RUSSELL, et al.,

15                  Defendants.

16

17        By order filed January 24, 2024, the complaint was screened and found to not state a

18   claim for relief.  ECF No. 10.  Plaintiff was given thirty days to file an amended complaint and

19   cautioned that failure to do so would result in a recommendation that this action be dismissed.  Id.

20   at 8-9.  Thirty days have now passed, and plaintiff has not filed an amended complaint or

21   otherwise responded to the court's order.  Plaintiff will be given one final opportunity to file an

22   amended complaint.

23        Accordingly, IT IS HEREBY ORDERED that plaintiff shall file an amended complaint

24   within twenty-one days of the service of this order.  Failure to do so will result in a

25   recommendation that this action be dismissed without further warning.

26   DATED: March 11, 2024

27   _____
     ALLISON CLAIRE
28   UNITED STATES MAGISTRATE JUDGE

                                         1